# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pannell, Charles A. | District Court-N.D.of Georgia | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge (senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

2367 U. S. Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate No. 1 |
| 2. | Operator | Farm #1 |
| 3. | Power of Attorney | Trust No. 1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Association of County Commissioners of Georgia Pension Trust | $1,347.72 |
| 2. 2015 | Georgia Judicial Retirement System | $89,392.32 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Teachers Retirement System of Georgia |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timberland,             , 1/3 Interest | | None | N | W | Sold (part) | 12/31/15 | J | D | Timber-Hentz Forest Produc |
| 2. Rental Property #1,        | | None | J | W | | | | | |
| 3. Estate #1 (H) | | | | | | | | | |
| 4. -Farm #1       | | None | O | W | | | | | |
| 5. - First National Bank (Savings Accounts and CDs) | A | Interest | M | T | | | | | |
| 6. - Cohutta Bank Account | A | Interest | L | T | | | | | |
| 7. Brokerage Account #1 Suntrust Investment Services, Inc. (H) | | | | | | | | | |
| 8. - Synovus, Common Stock (SNV) | A | Dividend | J | T | Buy (add'l) | 04/01/15 | J | | |
| 9. -Total Sys Svcs (TSS) | A | Dividend | L | T | | | | | |
| 10. -Federated MOISS (QFMOQ) | A | Dividend | J | T | Sold (part) | 04/01/15 | J | | no gain or loss |
| 11. Brokerage Account #2 American Funds (H) | | | | | | | | | |
| 12. - American Funds - Investment Company of America (AIVSX) | C | Dividend | K | T | | | | | |
| 13. - American Funds - Growth Fund of America (AGTHX) | C | Dividend | K | T | | | | | |
| 14. - American Funds - Small Cap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 15. - American Funds - New World Fund (NEWFX) | A | Dividend | J | T | | | | | |
| 16. - American Funds - EUPAC (AEPGX) | A | Dividend | J | T | | | | | |
| 17. -American Funds Bond Fund of America (ABNDX) | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pannell, Charles A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds High Income (AHITX) | A | Dividend | J | T | | | | | |
| 19. Brokerage Account #3 Fidelity Investments (H) | | | | | | | | | |
| 20. -FDRXX Fidelity Cash Reserve | A | Dividend | | | Sold (part) | 01/20/15 | J | | No gain or loss |
| 21. | | | | | Sold | 04/13/15 | L | | No gain or loss |
| 22. -Money Market, Fidelity Investments | A | Interest | L | T | | | | | |
| 23. -Tyson Foods (TSN) | A | Dividend | M | T | Buy (add'l) | 01/20/15 | J | | |
| 24. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 25. -Synous Common Stock (SNV) | A | Dividend | J | T | Buy (add'l) | 07/23/15 | J | | |
| 26. -Apple, In (AAPL) | A | Dividend | J | T | | | | | |
| 27. -Bank of Internet (BOFI) | | None | J | T | | | | | |
| 28. -Costco Wholesale Corp. (COST | B | Dividend | K | T | Buy (add'l) | 01/20/15 | J | | |
| 29. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 30. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 31. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 32. -Ford Motor Co. (F) | A | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 33. -Middleby Corp. (MIDD) | | None | J | T | | | | | |
| 34. -Priceline Com Inc. (PCLN) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Suntrust Bank (STI) | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 36. -Tractor Supply co. (TSCO) | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 37. -Western REFNG Inc. (WNR) | A | Dividend | J | T | | | | | |
| 38. -Whole Foods Mkt Inc. (WFM) | A | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 39. -Cubist Phar (CBST) | | None | | | Sold | 01/26/15 | J | | Loss |
| 40. -Align Tech (ALGN) | | None | J | T | | | | | |
| 41. -American Tower (AMT) | A | Dividend | J | T | | | | | |
| 42. -Canadian Nat'l Railway (CNI) | A | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 43. -Gilead Sciences (GILD) | A | Dividend | J | T | | | | | |
| 44. -Heico Corp (HEI) | A | Dividend | | | Sold | 12/07/15 | J | | Loss |
| 45. -Littlefuse Inc. (LFUS) | A | Dividend | J | T | | | | | |
| 46. -NXP Semi Conductors (NXPI) | | None | J | T | | | | | |
| 47. -Valeant Pharmaceuticals Int (VRX) | | None | | | Sold | 12/07/15 | J | | Loss |
| 48. -FFRHX Fidelity Floating Rate high Incom | A | Dividend | | | Buy | 03/16/15 | J | | |
| 49. | | | | | Sold | 10/16/15 | J | | Loss |
| 50. -FGOVX Fidelity Gov't Incom | A | Dividend | | | Buy | 03/16/15 | J | | |
| 51. | | | | | Buy | 04/13/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/27/15 | J | A | |
| 53. | | | | | Sold (part) | 07/23/15 | K | A | |
| 54. | | | | | Sold | 12/07/15 | K | | Loss |
| 55. -Ambarella (AMBA) | | None | J | T | Buy | 10/06/15 | J | | |
| 56. -Disney (AIS) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 57. -Fireye Inc (FEYE) | | None | | | Buy | 02/23/15 | J | | |
| 58. | | | | | Sold | 12/07/15 | J | | Loss |
| 59. -Solarcity Corp (SCTY) | | None | | | Buy | 04/27/15 | J | | |
| 60. | | | | | Sold | 12/10/15 | J | | Loss |
| 61. -Tesla Motors (TSLA) | | None | J | T | Buy | 04/27/15 | J | | |
| 62. Roth IRA #2 Fidelity Investments Cash Reserves | A | Interest | J | T | | | | | |
| 63. Farm #2, _____, limited interest | | None | L | W | | | | | |
| 64. Trust #1 (H) | | | | | | | | | |
| 65. -First National Bank (CDs) | B | Interest | M | T | | | | | |
| 66. -Suntrust Bank (money market and checking) | A | Interest | K | T | | | | | |
| 67. -House, _____ | | None | O | W | | | | | |
| 68. -Employee's Retirement of Georgia | | None | | | | | | | See Note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Farm #2, ▨ partial ownership | B | Rent | K | W | | | | | |
| 70. -Timberland, ▨ | | None | K | W | | | | | |
| 71. -Cohutta Checking Acct | A | Interest | J | T | | | | | |
| 72. Rollover IRA Commonwealth Financial Network (H) | | | | | | | | | see note |
| 73. -JPMorgan US Gov. MMKT Fds | A | Dividend | | | Redeemed (part) | 01/12/15 | J | | closed 11/13/15 |
| 74. | | | | | Redeemed (part) | 04/10/15 | J | | |
| 75. | | | | | Redeemed (part) | 07/10/15 | J | | |
| 76. | | | | | Redeemed (part) | 10/13/15 | J | | |
| 77. | | | | | Redeemed | 11/13/15 | J | | |
| 78. -Bank Deposit Sweep Program (QPRMQ) | | | J | T | Open | 11/13/15 | J | | |
| 79. -Mainstay Funds High Yield Bond (MHYIX) | A | Dividend | J | T | | | | | |
| 80. -AMCAP CL F2 (AMCFX) | B | Dividend | K | T | | | | | |
| 81. -ARTISAN MID CAP FD (ARTMX) | B | Dividend | J | T | | | | | |
| 82. -Janus Investment Triton (JATTX) | A | Dividend | J | T | | | | | |
| 83. -Oppenheimer Dev Markets (ODVYX) | A | Dividend | J | T | | | | | |
| 84. -Principal Inc. PFD (PPSPX) | A | Dividend | J | T | | | | | |
| 85. -Templeton Intl Bond (FIBZX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Loomis Sayles FDS II INVEST Grade Bond (LSIIX) | A | Dividend | J | T | | | | | |
| 87. -Adirondack Small Cap (ADKSX) | A | Dividend | J | T | | | | | |
| 88. -JP Morgan Equity Income (HLIEX) | A | Dividend | K | T | | | | | |
| 89. -Invesco Intl Small (IEGYX) | A | Dividend | J | T | | | | | |
| 90. -John Hancock Val Midcap (JVMIX) | A | Dividend | J | T | | | | | |
| 91. -Morgan Stanley Emergin Markets (MFMIX) | A | Dividend | J | T | | | | | |
| 92. -Oakmark Intl (OAKIX) | A | Dividend | J | T | | | | | |
| 93. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 94. First National Bank, Accounts Checking and Money Market | A | Interest | L | T | | | | | |
| 95. Cohutta Bank Checking and MMKT | A | Interest | L | T | | | | | |
| 96. Associated Credit Union Money Market and Checking | A | Interest | J | T | | | | | |
| 97. Brokerage Account # 4 Charles Schwab Co. (H) | | | | | | | | | See Note |
| 98. -checking account | A | Interest | J | T | Open | 07/17/14 | J | | See Note |
| 99. -NXP Semi Conductors (NXPI) | | None | J | T | Buy | 07/28/14 | J | | See Note |
| 100. -Tyson Foods (TSN) | A | Dividend | J | T | Buy | 08/08/14 | J | | See Note |
| 101. -Solarcity Corp (SCTY) | | None | J | T | Buy | 04/27/15 | J | | |
| 102. -Tesla Motors (TSLA) | | None | J | T | Buy | 04/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions: Further clarification to Answer 2 "Operator".
This is a one-man operation on estate #1 property. I have had cattle. During this reporting period, I cut hay on shares with third party. Sold my share to Matthew Harris ($1,460.00)


Part VII. INVESTMENTS AND TRUSTS


Line 62: This is fixed retirement income. I have control by power of attorney. No value past the death of the beneficiary. (Per instruction VII, Para. C. Income, page 45.)
Lines 97, 98, 99, 100: I opened a Charles Schwab Account in July 2014, and bought two stocks, which I also hold in brokerage account # 3 Fidelity Investments. I did not report this on 2014 Report. Reporting it now.
Line 72: This account was transferred from LPL Financial to Commonwealth Financial Network on November 18, 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Charles A. Pannell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544